### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CODY BARTON, )<br>       Plaintiff, )<br>v. )<br>              )<br>TIM PIERCE, UNIFIED SCHOOL DISTRICT )<br>#204, ROBERT J. VAN MAREN, in his )<br>official capacity as Superintendent of )<br>UNIFIED SCHOOL DISTRICT #204, )<br>JOHN HALEY, in his official capacity as )<br>Chief of Police of the Bonner Springs, Kansas )<br>Police Department, and CITY OF BONNER )<br>SPRINGS, KS, )<br>              )<br>       Defendants. ) | Case No. 08-2538-JPO |

### ORDER OF DISMISSAL WITH PREJUDICE

NOW on this 14th day of April, 2009, comes on for hearing the parties' Stipulation of Dismissal With Prejudice of Defendants, Tim Pierce, Unified School District #204, Robert J. Van Maren, John Haley, and the City of Bonner Springs, Kansas, in the above-captioned matter. Having been fully advised in the premises in this matter, this matter should be and is hereby dismissed with prejudice, each party to bear his/its/their own costs and attorneys' fees.

  **IT IS SO ORDERED.**

                         s/ James P. O'Hara
                         James P. O'Hara
                         U.S. Magistrate Judge

**APPROVED BY**:

FISHER, PATTERSON, SAYLER & SMITH, LLP


/s/ Michael K. Seck
Michael K. Seck, #11393
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas  66210
(913) 339-6757 / (913) 339-6187 (FAX)
mseck@fisherpatterson.com
ATTORNEYS FOR DEFENDANTS CITY OF BONNER SPRINGS, KANSAS, TIM PIERCE, AND JOHN HALEY

GRAVES BARTLE & MARCUS


/s/ Michael L. Belancio
Michael L. Belancio, KS# 19395
1100 Main, Suite 2600
Kansas City, MO 64105
(816) 256-3181\Fax: (816) 817-1741
(816) 285-3053 - Direct
mbelancio@gbmkc.com
**ATTORNEYS FOR PLAINTIFF**
**CODY BARTON**


SANDERS CONKRIGHT & WARREN, LLP


Michael C. Kirkham
Michael C. Kirkham, KS#20284
40 Corporate Woods, Suite 1250
9401 Indian Creek Parkway
Overland Park Kansas 66210
(913) 234-6100/Fax: (913) 234-6199
m.kirkham@sanconwar.com
**ATTORNEYS FOR DEFENDANTS**
**UNIFIED SCHOOL DISTRICT #204 AND**
**ROBERT J. VAN MAREN**